USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF DENISE DERANI AND GISELE DERANI

                *Petitioners*,

For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Foreign Proceedings in the Federal Republic of Brazil.

23-MC-0164 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 11, 2023, Petitioners moved for an order to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782, *see* Pet. Not of Mot., Dkt. 5;

    WHEREAS on May 17, 2023, the Court granted Petitioners' motion without prejudice to the rights of Respondents to file motions to vacate or quash not later than June 16, 2023; and

    WHEREAS to date, no motions to vacate or quash have been filed;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to close any open motions and to close this case.

SO ORDERED.

Dated:    August 17, 2023
           New York, New York

                                            VALERIE CAPRONI
                                           United States District Judge